**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-00390-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARCIA G. PREDMORE
RODERICK A. PRESCOTT
SUZANNE B. THOMPSON
WELDON W. WULSTEIN,

      Defendants.

---

**[PROPOSED] VERDICT FORM**

---

### COUNT 1 – CONSPIRACY TO DEFRAUD THE UNITED STATES

We the jury, upon our oath, do unanimously find the defendant, MARCIA G.

PREDMORE, as charged in Count 1 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

We the jury, upon our oath, do unanimously find the defendant, RODERICK A.

PRESCOTT, as charged in Count 1 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

//

//

1

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 1 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 1 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

### COUNT 2 – AIDING AND ASSISTING IN THE PREPARATION OF A MATERIALLY FALSE INCOME TAX RETURN
### (Brandon and Jessica Buttry's 2020 Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 2 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 2 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

//

//

### COUNT 3 – AIDING AND ASSISTING IN THE PREPARATION OF
### A MATERIALLY FALSE INCOME TAX RETURN
### (Brandon and Jessica Buttry's 2021 Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B.

THOMPSON, as charged in Count 3 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W.

WULSTEIN, as charged in Count 3 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

### COUNT 4 – AIDING AND ASSISTING IN THE PREPARATION OF
### A MATERIALLY FALSE INCOME TAX RETURN
### (Brandon and Jessica Buttry's 2022 Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B.

THOMPSON, as charged in Count 4 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

//

//

3

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 4 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

### COUNT 5 – AIDING AND ASSISTING IN THE PREPARATION OF A MATERIALLY FALSE INCOME TAX RETURN
### (Alan and Jami Sturm's 2021 Form 1040, Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 5 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 5 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

//

//

//

//

//

//

4

**COUNT 6 – AIDING AND ASSISTING IN THE PREPARATION OF**
**A MATERIALLY FALSE INCOME TAX RETURN**
**(Ryan and Yolanda Ulibarri's 2020 Form 1040, U.S. Individual Income Tax Return)**

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B.

THOMPSON, as charged in Count 6 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W.

WULSTEIN, as charged in Count 6 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

**COUNT 7 – AIDING AND ASSISTING IN THE PREPARATION OF**
**A MATERIALLY FALSE INCOME TAX RETURN**
**(Ben Wyrick and Sofia Pedraza-Wyrick's 's 2021 Form 1040, U.S. Individual Income Tax Return)**

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B.

THOMPSON, as charged in Count 7 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W.

WULSTEIN, as charged in Count 7 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

## COUNT 8 – TAX EVASION (2016)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as charged in Count 8 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

## COUNT 9 – TAX EVASION (2017)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as charged in Count 9 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

## COUNT 10 – TAX EVASION (2018)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as charged in Count 10 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

//

//

//

//

//

//

//

## COUNT 11 – TAX EVASION (2019)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G.

PREDMORE, as charged in Count 11 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

## COUNT 12 – TAX EVASION (2020)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G.

PREDMORE, as charged in Count 12 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

## COUNT 13 – TAX EVASION (2021)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G.

PREDMORE, as charged in Count 13 of the Superseding Indictment:

_____ Not Guilty

_____ Guilty

Dated this \_\_\_ day of June, 2026.

_____

FOREPERSON