**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 1:23-cr-00390-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LARRY E. CONNER, et al.,

      Defendants

---

## JOINT STATUS REPORT

---

Plaintiff the United States of America and Defendant Larry E. Conner (the Parties) jointly submit this status report to apprise the Court of developments in this case as they relate to Mr. Conner.

On April 23, 2026, the Court conducted a status conference with the Parties regarding Dr. Proctor's Psychiatric Report concerning Mr. Conner (Dkt. No. 571). At that conference, the Court ordered the Parties to file a joint status report on or before May 22, 2026, and every 30 days thereafter (Dkt. No. 601). Since the last status conference, the Parties have continued discussions regarding the appropriate next steps in this matter. The government—having recently commenced trial against the other defendants from whom Mr. Conner has been severed (Dkt. No. 275)—has orally extended a preliminary plea proposal to Mr. Conner, subject to memorialization. Counsel for Mr. Conner intends to review that proposal upon receipt while continuing to evaluate the findings and conclusions in Dr. Proctor's report to determine the appropriate course forward in this case. The Parties will continue their discussions and will submit another joint status report within thirty days as directed by the Court.

The Parties agree the speedy trial clock remains tolled pursuant to 18 U.S.C. § 3161(h)(1)(A).

\*\*\*

1

DATED: May 22, 2026

Respectfully submitted,

By:     /s/ Michael A. Villa, Jr.

Michael A. Villa, Jr.
Texas State Bar No. 24051475
mvilla@meadowscollier.com

Eduardo R. Mendoza
Texas State Bar No. 24096680
emendoza@meadowscollier.com

MEADOWS, COLLIER, REED,
COUSINS, CROUCH & UNGERMAN, L.L.P.
2200 Ross Avenue, Ste 3300
Dallas, Texas 75201
Telephone (214) 744-3700
Facsimile (214) 747-3732

**COUNSEL FOR
DEFENDANT LARRY ERIC CONNER**

/s/ Lauren K. Pope (with permission)
LAUREN K. POPE
Illinois State Bar No. 6333202
Phone: (202) 747-9068
Email: Lauren.K.Pope@usdoj.gov

Trial Attorney
U.S. Department of Justice, Criminal Division
Tax Section
Western Criminal Enforcement Unit
950 Pennsylvania Ave NW
Washington, D.C. 20530

**COUNSEL FOR THE UNITED STATES**

## CERTIFICATE OF SERVICE

I certify that, on May 22, 2026, a true and correct copy of the above and foregoing document was served upon any counsel of record entitled notice via the Court's ECF system.

By: _/s/ Michael A. Villa, Jr._
Michael A. Villa, Jr.
Texas State Bar No. 24051475