IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Action No.: 23-cr-00390-RMR          Date: June 4, 2026
Courtroom Deputy: Kally Myhaver              Court Reporter: Kevin Carlin/
                                                               Megan Strawn

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Lauren Pope |
| | John Patrick Burns |
| Plaintiff, | |
| v. | |
| 3. MARCIA G. PREDMORE | Laura Menninger |
| 4. RODERICK A. PRESCOTT | Kristin Whitaker |
| | Laura Suelau |
| 5. SUZANNE B. THOMPSON | Evan Davis |
| 6. WELDON WULSTEIN | Nina Marino |
| | Jennifer Lieser |
| Defendants. | |

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 22**

**8:36 a.m.  Court in session.**

Court calls case. Appearances of counsel. Defendants are present on bond. Also present at Government's counsel table is IRS Special Agent Jake Rice.

Jury present.

8:39 a.m.      Government's closing argument by Mr. Burns.

Jury excused.

**10:09 a.m.    Court in recess.**
**10:36 a.m.    Court in session.**

Jury Present.

10:38 a.m.    Government's continued closing argument by Mr. Burns.

Jury excused.

**11:36 a.m.    Court in recess.**
**12:02 p.m.    Court in session.**

Jury present.

12:05 p.m.    Defendant Wulstein's closing argument by Ms. Marino.

12:53 p.m.    Defendant Thompson's closing argument by Mr. Davis.

Jury excused.

**1:42 p.m.    Court in recess.**
**2:12 p.m.    Court in session.**

Jury present.

2:15 p.m.    Defendant Prescott's closing argument by Ms. Suelau.

3:10 p.m.    Defendant Predmore's closing argument by Ms. Menninger.

3:53 p.m.    Government's rebuttal closing argument by Ms. Pope.

Court instructs jury.

Alternate Juror Nos. 100542875, 100534517, and 100537345 are excused.

Courtroom Deputy sworn.

4:30 p.m.    Jury excused to begin deliberations.

**ORDERED:**  Lunch will be provided to the jury during deliberations beginning on June 5, 2026

**ORDERED:**  Bond is continued as to all Defendants.

Jury released, to return at 9:00 a.m. on June 5, 2026 to resume deliberations.

**4:33 p.m.     Court in recess.**

Trial continued.
Total time in court:   6:34