IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE REGINA M. RODRIGUEZ

Date: 6/5/26

Case No. 23-cr-00390

Time: 1247

____ We have reached a verdict.

X We have a question.

**NOTE FROM JURY**

regarding Instruction #29, time sensitivity + relation
Element 1 for counts 2-7
For tax years listed is on or after 4/24/18
are we only considering their head space at
the time of filing or does it also mean
if they were aware, they did not go back
an amend for years prior

By: ███████████████

Foreperson

**COURT'S RESPONSE TO NOTE FROM JURY**

If you find that the defendant took any
of the acts described in element one of
Counts 2-7, then you must also determine
whether or not the defendant acted
willfully at the time the defendant
engaged in such act or acts.

By: _____
Regina M. Rodriguez
United States District Judge