IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 23-cr-00390-RMR | Date: June 8, 2026 |
| Courtroom Deputy:  Kally Myhaver | Court Reporter: Jessica Anderson |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Lauren Pope |
| | John Patrick Burns |
| Plaintiff, | |
| v. | |
| 3. MARCIA G. PREDMORE | Laura Menninger |
| 4. RODERICK A. PRESCOTT | Kristin Whitaker |
| | Laura Suelau |
| 5. SUZANNE B. THOMPSON | Evan Davis |
| 6. WELDON WULSTEIN | Nina Marino |
| | Jennifer Lieser |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 24**

**12:10 p.m.  Court in session.**

Court calls case. Appearances of counsel. Defendants are present on bond. Also present at Government's counsel table is IRS Special Agent Jake Rice.
The Court has received notice that the jury has reached a verdict.

Jury present.

Court reads the verdict.

Defendant Predmore found GUILTY as to Counts 1, 10, 11, 12, 13, 14, 15 of the Indictment.

Defendant Prescott found GUILTY as to Count 1 of the Indictment.

Defendant Thompson found GUILTY as to Counts 1, 2, 3, 4, 5, 6, and 7 of the Indictment.

Defendant Wulstein found GUILTY as to Counts 1, 2, 3, 4, 5, 6, and 7 of the Indictment.

Court polls the jury.

Jury is discharged with the thanks of the Court.

**ORDERED:**  The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:**  Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date.  Responses or objections shall be filed no later than 7 days before the sentencing date.

**ORDERED:**  Sentencing as to Marcia G. Predmore is set for **October 20, 2026, at 3:00 p.m.** in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**  Sentencing as to Roderick A. Prescott is set for **October 21, 2026, at 3:00 p.m.** in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**  Sentencing as to Suzanne B. Thompson is set for **October 22, 2026, at 3:00 p.m.** in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**  Sentencing as to Weldon W. Wulstein is set for **October 27, 2026, at 3:00 p.m.** in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**  Bond is continued as to all Defendants pending sentencing.

**ORDERED:**  Parties shall confer and file a proposed deadline for filing of post-trial motions.


**12:36 p.m.    Court in recess.**

Trial continued.
Total time in court:   00:26


Clerk's Note: Exhibits returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.