**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Case No. 23-cr-00390-RMR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MARCIA G. PREDMORE,
RODERICK A. PRESCOTT,
SUZANNE B. THOMPSON, AND
WELDON W. WULSTEIN,

     Defendants.

---

## VERDICT FORM

---

### COUNT 1 – CONSPIRACY TO DEFRAUD THE UNITED STATES

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as charged in Count 1:

_____ Not Guilty

\_\_X\_\_ Guilty

We the jury, upon our oath, do unanimously find the defendant, RODERICK A. PRESCOTT, as charged in Count 1:

_____ Not Guilty

\_\_X\_\_ Guilty

//

1



//

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 1:

_____ Not Guilty

\_\_X\_\_\_ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 1:

_____ Not Guilty

\_\_X\_\_ Guilty

//

//

## COUNT 2 – AIDING AND ASSISTING IN THE PREPARATION OF A MATERIALLY FALSE INCOME TAX RETURN

### (Brandon and Jessica Buttry's 2020 Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 2:

_____ Not Guilty

\_\_X\_\_ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 2:

_____ Not Guilty

\_\_X\_\_ Guilty

//

//

## COUNT 3 – AIDING AND ASSISTING IN THE PREPARATION OF A MATERIALLY FALSE INCOME TAX RETURN

### (Brandon and Jessica Buttry's 2021 Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 3:

_____ Not Guilty

\_\_X\_\_ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 3:

_____ Not Guilty

\_\_X\_\_ Guilty

//

//

## COUNT 4 – AIDING AND ASSISTING IN THE PREPARATION OF A MATERIALLY FALSE INCOME TAX RETURN

### (Brandon and Jessica Buttry's 2022 Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 4:

_____ Not Guilty

___X___ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 4:

_____ Not Guilty

___X___ Guilty

//

//

## COUNT 5 – AIDING AND ASSISTING IN THE PREPARATION OF A MATERIALLY FALSE INCOME TAX RETURN

### (Alan and Jami Sturm's 2021 Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 5:

_____ Not Guilty

__✗__ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 5:

_____ Not Guilty

__✗__ Guilty

//

//

## COUNT 6 – AIDING AND ASSISTING IN THE PREPARATION OF A MATERIALLY FALSE INCOME TAX RETURN

### (Ryan and Yolanda Ulibarri's 2020 Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 6:

_____ Not Guilty

___X___ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 6:

_____ Not Guilty

___X___ Guilty

//

//

7

## COUNT 7 – AIDING AND ASSISTING IN THE PREPARATION OF A MATERIALLY FALSE INCOME TAX RETURN

### (Ben Wyrick and Sofia Pedraza-Wyrick's 2021 Form 1040, U.S. Individual Income Tax Return)

We the jury, upon our oath, do unanimously find the defendant, SUZANNE B. THOMPSON, as charged in Count 7:

_____ Not Guilty

__✗__ Guilty

We the jury, upon our oath, do unanimously find the defendant, WELDON W. WULSTEIN, as charged in Count 7:

_____ Not Guilty

__✗__ Guilty

//

//

8

### COUNT 10 – TAX EVASION (Tax Year 2016)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as to the charge in Count 10:

_____ Not Guilty

__X__ Guilty

### COUNT 11 – TAX EVASION (Tax Year 2017)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as to the charge in Count 11:

_____ Not Guilty

__X__ Guilty

### COUNT 12 – TAX EVASION (Tax Year 2018)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as to the charge in Count 12:

_____ Not Guilty

__X__ Guilty

### COUNT 13 – TAX EVASION (Tax Year 2019)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as to the charge in Count 13:

_____ Not Guilty

__X__ Guilty

9

## COUNT 14 – TAX EVASION (Tax Year 2020)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as to the charge in Count 14:

_____ Not Guilty

__X__ Guilty

## COUNT 15 – TAX EVASION (Tax Year 2021)

We the jury, upon our oath, do unanimously find the defendant, MARCIA G. PREDMORE, as to the charge in Count 15:

_____ Not Guilty

__X__ Guilty

Dated this __8__ day of June, 2026.